975 F.2d 1552
 Sutton (Roy F.)
v.
Estate of Sutton (Roy F.), Perskie, Nehmad & Zeltner,
Perskie (Philip J.), Sutton (Loretta E., Ronald W.), Kalter,
Snyder, Bernstein, Cohen & Gallo, Grossman (John L.),
Schwartz (Mark G.), Levenson (Lianne P.), Grasso (Barry),
Sea Isle PD, Grasso (Terri), Conner (Michael R., Honorable),
Mathis (Janis, Honorable)
 NO. 92-5266
 United States Court of Appeals,
Third Circuit.
 Aug 19, 1992
 
 Appeal From: D.N.J.,
 Rodriguez, J.
 
 
 1
 AFFIRMED.